DIANE J. HUMETEWA
United States Attorney
District of Arizona
MUNISH SHARDA
Assistant U.S. Attorney
United States Courthouse
405 W. Congress St., Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: munish.sharda@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Arturo Ramirez,<br><br>　　　　Defendant. | **SUPERSEDING INDICTMENT**<br>CR 07-1060-TUC-JMR<br><br>Violation:<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(A)(iii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>8 U.S.C. § 1324(a)(2)(B)(ii)<br>18 U.S.C. § 2<br><br>(Conspiracy to Transport and Harbor Illegal Aliens; Harboring Illegal Aliens for Profit; Aiding and Abetting Bringing in Illegal Alien for Profit) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about May 7, 2007, at or near Nogales, in the District of Arizona, ARTURO RAMIREZ, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the Grand Jury, to transport and move illegal aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and to conceal, harbor, and shield from detection illegal aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii), all within the United States, and did so for the purpose

of commercial advantage and private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy that all or some of the co-conspirators, knowing and in reckless disregard of the fact that certain aliens, Juan Diego Remigio-Perez, Carlos Alberto Salvador-Escamilla, Jesus Ramirez-Hernandez, and Donato Ruiz-Lopez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of said violation of law.

It was further the object of the conspiracy that all or some of the co-conspirators, knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection said aliens in any place, including any building or any means of transportation.

It was further the object of the conspiracy that all or some of the co-conspirators were to receive payment, private financial gain and to be compensated for their role in the transportation and harboring of said aliens.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

## COUNT 2

From a date unknown to on about May 7, 2007, at or near Nogales, in the District of Arizona, ARTURO RAMIREZ, knowing and in reckless disregard of the fact that an alien, Juan Diego Remigio-Perez, had come to, entered and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection, said alien in any place, including any building or any means of transportation to avoid said alien's detection by immigration

**United States vs. Arturo Ramirez**
Superseding Indictment; Page 2 of 4

authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 3

From a date unknown to on about May 7, 2007, at or near Nogales, in the District of Arizona, ARTURO RAMIREZ, knowing and in reckless disregard of the fact that an alien, Carlos Alberto Salvador-Escamilla, had come to, entered and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection, said alien in any place, including any building or any means of transportation to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 4

From a date unknown to on about May 7, 2007, at or near Nogales, in the District of Arizona, ARTURO RAMIREZ, knowing and in reckless disregard of the fact that an alien, Jesus Ramirez-Hernandez, had come to, entered and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection, said alien in any place, including any building or any means of transportation to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

///

**United States vs. Arturo Ramirez**
Superseding Indictment; Page 3 of 4

## COUNT 5

From a date unknown to on about May 7, 2007, at or near Nogales, in the District of Arizona, ARTURO RAMIREZ, knowing and in reckless disregard of the fact that an alien, Donato Ruiz-Lopez, had come to, entered and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection, said alien in any place, including any building or any means of transportation to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 6

From a date unknown to on or about May 7, 2007, at or near Nogales, in the District of Arizona, ARTURO RAMIREZ, knowing and in reckless disregard of the fact that a certain alien, Jesus Ramirez-Hernandez, had not received prior official authorization to come to, enter, and remain in the United States, did knowingly aid, abet, counsel, command, induce, and procure the bringing to the United States in any manner whatsoever, said alien, regardless of any official action which may later be taken with respect to said alien, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code Section 2.

A TRUE BILL

_____
Presiding Juror

REDACTED FOR
PUBLIC DISCLOSURE

FEB 0 6 2008

DIANE J. HUMETEWA
United States Attorney
District of Arizona

_____
Assistant United States Attorney

**United States vs. Arturo Ramirez**
Superseding Indictment; Page 4 of 4