IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 07-1060 TUC-JMR-(GEE) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ARTURO RAMRIEZ, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and the objections and response that were filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated March 25, 2008

**IT IS FURTHER ORDERED** that Motion to Suppress Evidence for Lack of Probable Cause [Doc. 40] is DENIED.

This case remains set for trial on August 5, 2008.

DATED this 13th day of June, 2008.

_____
John M. Roll
Chief United States District Judge