UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARTURO RAMIREZ, ) <br> ) <br> ) <br> Defendant. ) <br> ) | **VERDICT** <br><br> COUNT ONE <br> CASE NO. CR 07-01060-TUC-JMR |

WE THE JURY, FIND THE DEFENDANT, ARTURO RAMIREZ,

___GUILTY___ of conspiracy to harbor, conceal, and shield from detection illegal aliens, as alleged in count one of the Superseding Indictment.

___29___                                    ___12·16·08___
**Presiding Juror's Number**                  Date

   If your verdict is guilty as to Count 1, please answer the following:

   We, the jury, unanimously find beyond a reasonable doubt that the defendant, Arturo Ramirez, committed the offense for the purpose of commercial advantage and private financial gain.

___X___ Yes                                  _____ No

___29___                                    ___12·16·08___
**Presiding Juror's Number**                  Date