UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARTURO RAMIREZ, ) <br> ) <br> ) <br> Defendant. ) <br> ) | **VERDICT** <br><br> COUNT TWO <br> CASE NO. CR 07-01060-TUC-JMR |

WE THE JURY, FIND THE DEFENDANT, ARTURO RAMIREZ,

__GUILTY__ of harboring an illegal alien, as alleged in count two of the Superseding Indictment.

__29__  __12-16-08__
**Presiding Juror's Number**    Date


If your verdict is guilty as to Count 2, please answer the following:

We, the jury, unanimously find beyond a reasonable doubt that the defendant, Arturo Ramirez, committed the offense for the purpose of commercial advantage and private financial gain.

__X__ Yes          _____ No

__29__  __12-16-08__
**Presiding Juror's Number**    Date