UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>        Plaintiff, )<br>            )<br>    vs.     )<br>            )<br>ARTURO RAMIREZ, )<br>            )<br>        Defendant. ) | **VERDICT**<br><br>COUNT THREE<br>CASE NO. CR 07-01060-TUC-JMR |

WE THE JURY, FIND THE DEFENDANT, ARTURO RAMIREZ,

_____GUILTY_____ of harboring an illegal alien, as alleged in count three of the Superseding Indictment.

_____29_____          _____12-16-08_____
**Presiding Juror's Number**          Date

    If your verdict is guilty as to Count 3, please answer the following:

    We, the jury, unanimously find beyond a reasonable doubt that the defendant, Arturo Ramirez, committed the offense for the purpose of commercial advantage and private financial gain.

__X__ Yes                              _____ No

_____29_____          _____12-16-08_____
**Presiding Juror's Number**          Date