UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ARTURO RAMIREZ, )<br>)<br>)<br>Defendant. )<br>) | **VERDICT**<br><br>COUNT FOUR<br>CASE NO. CR 07-01060-TUC-JMR |

WE THE JURY, FIND THE DEFENDANT, ARTURO RAMIREZ,

____GUILTY____ of harboring an illegal alien, as alleged in count four of the Superseding Indictment.

____29____                    ____12-16-08____
**Presiding Juror's Number**            Date

If your verdict is guilty as to Count 4, please answer the following:

We, the jury, unanimously find beyond a reasonable doubt that the defendant, Arturo Ramirez, committed the offense for the purpose of commercial advantage and private financial gain.

__X__ Yes                                  ____ No

____29____                    ____12-16-08____
**Presiding Juror's Number**            Date