UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       vs.                    )<br>                              )<br>ARTURO RAMIREZ,               )<br>                              )<br>                              )<br>            Defendant.        )<br>_____) | **VERDICT**<br><br>COUNT FIVE<br>CASE NO. CR 07-01060-TUC-JMR |

WE THE JURY, FIND THE DEFENDANT, ARTURO RAMIREZ,

_____GUILTY_____ of harboring an illegal alien, as alleged in count five of the Superseding Indictment.

_____29_____                                    _____12·16·08_____
**Presiding Juror's Number**                              Date

   If your verdict is guilty as to Count 5, please answer the following:

   We, the jury, unanimously find beyond a reasonable doubt that the defendant, Arturo Ramirez, committed the offense for the purpose of commercial advantage and private financial gain.

___X___ Yes                                    _____ No

_____29_____                                    _____12·16·08_____
**Presiding Juror's Number**                              Date