FILED _____ LODGED
_____ RECEIVED _____ COPY

DEC 1 6 2008

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,             )
                                      )
            Plaintiff,                )
                                      )
    vs.                               )   No. CR 07-01060-TUC-JMR
                                      )
ARTURO RAMIREZ,                       )   JUROR QUESTIONS DURING
                                      )   DELIBERATION
            Defendant.                )
_____)

① Are there video depositions of Srs. Perez, Escamilla, & ~~Lopez~~ also pointing out the defendant? If so, were they also offered the same deal as Sr. Hernandez?

② When the wallet, cell phone, & bracelet were returned to the rightful owner, were the items then ~~taken~~ away and logged?

Questions #1-2          12/15/08

As to questions 1 and 2

Please rely upon your recollection as to the evidence presented during the course of the trial. Please follow the instructions as given to you. Do not single out one and ignore others. They are all equally important.

*Judge John M. Roll*
*12/15/08*

Dear Judge Roll (Hon.)

We would like, if possible, to review the stipulations agreed to by ~~all~~ parties.

Thank you,
Juror 9

Question #3    12/15/08

Jury question #3

THE COURT: So there is no objection to Ms. Davis making copies of both stipulations or I suppose since they were, we could send the originals in, they are signed by everyone, and provide those to the jury.
MR. SHARDA: That's fine with the government, Your Honor.
MR. WILLIMANN: Whatever the Court, whatever is easiest for the Court, Your Honor.

If we all agree on some of the counts but are hung on the others, do the ones we agree on stand, and what happens to the ones we are hung on?

Question #4   12/15/08

Response to jury question # 4

Please continue your deliberations. Please refer to the instructions that have been provided to you. Please do not single out some and ignore others.

Judge John M. Roll
12/15/08

Dear Judge Roll —

We have continued deliberating, and we are deadlocked on some counts.

Juror 9

12/16/09

Allen Charge given