IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ARTURO RAMIREZ,<br><br>              Defendant. | No. CR 07-01060-TUC-JMR<br><br>EXHIBIT RECEIPT |

Receipt is hereby acknowledged for the below listed 12/9/08 trial exhibits.
Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further order of the Court.

Government Exhibits

1 through 17

Admitted stipulation, exhibit 18, filed 1/7/09.
A copy of exhibit 18 is included with this exhibit receipt form.

Date: 1/7/09

By: _[signature]_

For Atty/Agency

Munish Sharda
(Please print)