*The Law Office of Mark F. Willimann, LLC*
Mark F. Willimann, AZ Bar No. 017556
P.O. Box 91010
Tucson, AZ 85752
Tel: (520) 579-6622
Fax: (520) 203-0203
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARTURO RAMIREZ,<br><br>　　　　Defendant. | CR 07-1060-TUC-JMR<br><br><br>NOTICE OF APPEAL |

　　　　NOTICE is hereby given that Mr. Arturo Ramirez, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 17th day of March 2009.

　　　　Respectfully submitted this 21st day of March 2009.

　　　　　　　　　　　　　　　　　　　　*s/ Mark F. Willimann*
　　　　　　　　　　　　　　　　　　　　Mark F. Willimann
　　　　　　　　　　　　　　　　　　　　Representing Mr. Arturo Ramirez